UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | 3:11 CR 00034-1 |
| | ) | **Judge Marvin E. Aspen** |
| DAVID E. MILLER | ) | |

## ORDER

The motion for extension of time, filed July 12, 2012, is granted. The United States shall have four (4) days after receipt of the relevant transcripts to file a final response. The United States shall also notify the court via fax (fax # 312-554-8515) upon receipt of the transcripts. It is so ordered.

_____
Marvin E. Aspen
United States District Judge

Dated:   Chicago, Illinois
         July 13, 2012