UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | NO. 3:11-cr-00034 |
| ) | JUDGE MARVIN E. ASPEN |
| v. ) | |
| ) | (On Appeal to the Sixth Circuit Court |
| DAVID EUGENE MILLER ) | of Appeals in Case No. 12-6501) |
| ) | |

## ORDER

Pending before the Court is the United States' Motion to Make Exhibits Part of the Record For Purposes of Appeal (Docket No. 143). The Motion is GRANTED.

The Exhibits attached to Docket No. 143 shall be made a part of the record for purposes of appeal.

IT IS SO ORDERED.

_____
MARVIN E. ASPEN
UNITED STATES DISTRICT JUDGE

4/2/13