UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | 3:11 CR 00034-1 |
| | ) | Judge Marvin E. Aspen |
| DAVID E. MILLER | ) | |

## ORDER

We have reviewed Mr. Funk's unopposed motion, asking that we waive his presence at the status hearing scheduled for Friday, November 22, 2013 at 10:30 a.m. (Dkt. No. 148.) Mr. Funk's motion is hereby granted.

SO ORDERED:

_Marvin E. Aspen_
Marvin E. Aspen
United States District Judge

Dated:   Chicago, Illinois
         November 18, 2013