UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | 3:11 CR 00034-1 |
| | ) | Judge Marvin E. Aspen |
| DAVID E. MILLER | ) | |

### ORDER

We received Defendant's Motion for an Order Expediting the date of his re-sentencing hearing. (Dkt. No. 157.) At this time, because of other trial commitments, we do not anticipate being able to move up Mr. Miller's re-sentencing during the month of March. The re-sentencing hearing will remain scheduled for April 28, 2014 at 2:00 p.m., unless we determine at another time that an earlier date in April is feasible. Accordingly, the motion is denied without prejudice.

SO ORDERED:

_Marvin E. Aspen_
Marvin E. Aspen
United States District Judge

Dated:  Chicago, Illinois
        February 28, 2014